**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DIANE COHEN,
       Appellant,
     vs.
KARI J. HANRATTY, ESQ.,
        Respondent.

No. 66409

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for relief from judgment pursuant to NRCP 60(b). Eighth Judicial District Court, Family Court Division, Clark County; William S. Potter, Judge.

We previously entered an order granting appellant's counsel's motion to withdraw and directing appellant to either retain new counsel and cause new counsel to file a notice of appearance in this court, or inform this court, in writing, that she does not intend to retain new counsel and will be proceeding in pro se. We cautioned appellant that failure to comply with our order could result in the dismissal of this appeal as abandoned. To date, no counsel has filed a notice of appearance on appellant's behalf and appellant has not otherwise responded to our order. Accordingly, we presume that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27397

cc: Hon. William S. Potter, District Judge, Family Court Division
James J. Jimmerson, Settlement Judge
Hanratty Law Group
Eighth District Court Clerk
Diane Cohen

SUPREME COURT
OF
NEVADA

(O) 1947A

2